

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 3:06-CR-369-R (01) |
| RONALD C. PEARSON (01) | § § | |

### FACTUAL RESUME

Ronald C. Pearson (Pearson), the defendant herein, Randy Taylor, the defendant's attorney, and the United States of America (the government), agree as follows:

### ELEMENTS - COUNT 1
Receipt of Child Pornography through Interstate and Foreign Commerce
[A violation of 18 U.S.C. § 2252A(a)(2)]

First: The defendant knowingly received one or more matters containing visual depictions of a minor engaged in sexually explicit conduct;

Second: The defendant knew that the visual depictions contained in each of these matters showed a minor engaged in sexually explicit conduct;

Third: That the matters containing visual depictions of a minor engaged in sexually explicit conduct had been transported in interstate commerce by any means, including by computer;

Fourth: The production of these visual depictions involved the use of a minor engaged in sexually explicit conduct.

cc: Client

## RELEVANT FACTS

At least from the period 2002 through November 2006, Pearson resided in the Northern District of Texas. For a portion of this period, Pearson resided at 10620 ~~Creekmore~~ Creekmere Drive, Dallas, Texas. In or around June ~~2003~~ 2004 RP, Pearson moved to 1132 Rock Creek Drive, Garland, Texas, where he continues to reside.

From on or about October 1998 to on or about June 2006, Pearson subscribed to WebTV, a service offered by Microsoft Corp., that allows a user to access the Internet and send and receive e-mail through a television. Pearson's e-mail address associated with his WebTV account was "rcPearson@webtv.net. In or around June 2005, Pearson purchased a computer, a Compaq Presario Model SR1320NY, serial number CNH44810MS, and a Canon Printer Model Pixma K 10240, which he installed and used in his residence at 1132 Rock Creek Drive, Garland, Texas. In or around that same time, Pearson established an account with Verizon for Internet access services. Pearson's e-mail address associated with his Verizon account was rcpearson@verizon.net. In or around June 2006, Pearson cancelled his subscription to WebTV.

At least since 2003 and continuing until some time in June 2006, Pearson knowingly received materials, including videotapes, CDs, and digital video disks (DVDs) that contained images of minors engaged in sexually explicit conduct, as that term is defined in 18 U.S.C. § 2256, that had been shipped or transported in interstate or foreign commerce.

During this same time period, Pearson regularly accessed the Internet using his WebTV account, and knowingly and intentionally accessed Web sites that displayed images of minors engaged in sexually explicit conduct. Pearson viewed these images on his television and, on at least one occasion, knowing and intentionally videotaped, or allowed or authorized other persons to videotape, these images. Pearson retained a copy of this videotape, knowing it contained images of minors engaged in sexually explicit conduct.

From on or about January 2006 up to and until November 16, 2006, Pearson regularly accessed the Internet using his computer located in his residence, and knowingly and intentionally accessed and viewed Web sites that displayed images of minors engaged in sexually explicit conduct. On more than one occasion, Pearson knowingly and intentionally downloaded, or knowingly authorized other persons to download, over 600 images of minors engaged in sexually explicit conduct from these sites to his computer. On more than one occasion, Pearson also knowingly and intentionally copied ("burned"), or knowingly authorized other persons to copy, over 600 of the images of minors engaged in sexually explicit conduct from his computer to CDs, DVDs, and other external media. The images downloaded and "burned" to CDs and DVDs included images of prepubescent children engaged in sexually explicit conduct. Pearson retained a copy of these CDs and/or DVDs, knowing they contained images of minors engaged in sexually explicit conduct.

On one or more occasions, Pearson also printed out, or authorized and approved one or more other persons to print out, images of minors engaged in sexually explicit conduct stored on his computer or on external storage media, using the Canon Pixma Model 10240 printer in his residence.

AGREED TO AND SIGNED this 30re day of April, 2007.

RICHARD B. ROPER
UNITED STATES ATTORNEY

_____
RONALD C. PEARSON
Defendant

_____
PAUL YANOWITCH
Assistant United States Attorney
Ill. Bar No. 6188269
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone:  214.659.8618
Facsimile:  214.659.2846
paul.yanowitch.usdoj.gov

_____
RANDY TAYLOR
Attorney for Defendant