IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-CR-369-O |
| | ) | |
| RONALD C. PEARSON | ) | |

ORDER

Defendant's *Verified Motion for Order for Transcription and Production of Second Sentencing Transcript* (Dkt #46) is hereby GRANTED.

It is ORDERED that Ronald C. Pearson shall send advance payment for the transcript, a **money order** made out to **Debbie Saenz** in the amount of **$109.50**, to the following address:

> Attention Debbie Saenz - Court Reporter (Personal)
> U.S. District Clerk's Office
> 1100 Commerce St., Rm. 1452
> Dallas, TX  75242-1310

Pearson shall write the case number on the check and indicate that it is payment for a transcript of the December 20, 2007 sentencing.  The transcript will be ordered upon receipt of the payment. Copies of this order shall be transmitted to defendant and to Debbie Saenz, Court Reporter.

SO ORDERED this 23rd day of July, 2008.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE