ORIGINAL

June 22, 2009

Clerk, Court of Appeals
Fifth Circuit
600 S. Maestri Place
New Orleans  LA  70130

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 6 2009
CLERK, U.S. DISTRICT COURT
By _____
          Deputy

Ref: Your correspondence dated June 1, 2009 and
     June 11, 2009.  Appeal No. 09-10518

3:06cR369-O

Dear Clerk:

    I am very much confused.  I am unaware that a criminal def-
endant in a first direct criminal appeal is subject to either a
district court fee ($5.00) or a court of appeals fee ($455.00).
Can you provide some authority for requiring a criminal defendant
to pay for the exercise of his Constitutional right to a first
direct appeal?

    Please note that, in protest, both fees were paid to the
District Court's office on June 19, 2009 pursuant to your clerk's
direction given to my agent, Rex Smith.  I believe these sums
were wrongly levied and desire them returned as soon as possible.

    In addition, in another matter, please note that the court
reporter's order form was mailed to the court reporter and all
necessary parties.  I have not received the record on appeal,
which is a condition precedent to my ability to prepare a timely
brief.  As of now, the brief in the criminal appeal is due July
5th (because of the holiday).  Should that date not be continued
until a responsible time after I receive the record on appeal?

    Please advise.

                                    Respectfully Submitted,

                                    Ronald C. Pearson

                          Ronald C. Pearson #36037-177
                          Federal Correctional Institution
                          PO Box 9000
                          Seagoville TX  75159-9000

June 28, 2009

Dear Clerk,

I have enclosed a copy of a letter that was recently sent to the 5th Circuit in New Orleans.

To avoid an immediate problem, I decided to pay the #455⁰⁰ filing fee in spite of continued concerns on my part that this is NOT required. The gentleman assisting me in my appeal insists that this amount does not apply for a first direct criminal appeal. He had filed such appeals many times in the past and this has never been an issue.

It has been a little early to hear back from New Orleans, but I have decided to get a copy of this letter off to you for your perusal and would welcome a reply specifically stating why a filing fee is applicable in my particular case.

Respectfully,

Ronald C. Pearson

#36037-177
FCI
P.O. Box 9000
Seagoville, TX 75159-9000



Ronald P. Pearson
# 36032/77
FCI
P.O. Box 9000
Seagoville, TX
75159-9000

DALLAS TX 752

02 JUL 2009 PM 1 T

Clerk of the Court
Northern District of Texas
Earle Cabell Federal Bldg.
1100 Commerce St.
Dallas, Texas
75 24

RECEIVED
JUL - 6 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

75242+1027