IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

UNITED STATES OF AMERICA,  )
    Plaintiff,  )
  )
v.  )  Crim. Case No. 3:06-CR-369-O
  )
RONALD C. PEARSON,  )
    Defendant.  )
  )

### Verified Motion for Return of Personal Property

Comes now, Ronald C. Pearson, pursuant to the Federal Rules of Criminal Procedure, Rule 41(g), and moves the Court to order the return of his personal property, to-wit:

1) Defendant was detained and his personal property seized without return during the course of a criminal investigation resulting in his conviction under Case No. 3:06-CR-369-R;

2) That the following items were seized by law enforcement officials acting as agents of the Federal Government:

    a) a Compaq computer including modem, central processing unit including hard drives (without objectionable data);

    b) a Canon printer;

    c) a personal address book;

    d) a grey Polaroid camera;

    e) a sack containing personal papers, bills, receipts, records, etc.;

      f) the additional items seized during the search of Defendant's home;

3) That no civil forfeiture action was filed and Defendant has never to his recollection been served with any summons or civil statutory forfeiture complaint seeking permanent control, possession, and title to his personal property;

Wherefore, Defendant seeks release and return of his valuable personal property to his attorney in fact Rex Smith, under power of attorney, dated December 13, 2007, whose address is 1235 W. Avenue A, Garland, Texas 75040, telephone #214-674-0036.

Respectfully Submitted,

_____
Ronald C. Pearson
Reg. No. 36037-177
Federal Correctional Inst.
P.O. Box 9000
Seagoville, TX 75159-9000

## AFFIRMATION

I affirm that the above and foregoing is true and correct pursuant to 28 U.S.C. § 1746.

_____
Ronald C. Pearson

-2-

Certificate (Proof) of Service

I certify that on the 20th day of August, 2009 I placed the original and suitable copies of Defendant's "Verified Motion for Return of Personal Property" in the prison mailbox, first class postage prepaid, and addressed to:

one (1) original and two (2) copies to:

>Clerk of Court
>US District Court
>Northern District of Texas
>Dallas Division
>1100 Commerce Street
>Dallas, Texas 75242-1699

AND

one (1) copy to:

>US Attorney's Office
>1100 Commerce Street
>3rd Floor
>Dallas, Texas 75242

_Ronald C. Pearson_
Ronald C. Pearson

Ronald C. Pearson
Reg. No. 36037-177
Federal Correctional Inst.
P.O. Box 9000
Seagoville, Texas 75159

Clerk of Court
US District Court
Northern District of Texas
Dallas Division
1100 Commerce Street
Dallas, Texas 75242-1699

RECEIVED
AUG 28 2009