ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

SEP - 9 2009

CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA,           )
    Plaintiff,                   )
                           )
v.                                  )   Case No. 3:06-CR-369-0(1)
                           )
RONALD C. PEARSON,                  )
    Defendant-Movant.            )

---

### Verified Motion and Request for Modification
### of Terms of Supervised Release

      Comes now Ronald C. Pearson, Movant pro se, and requests the Court, pursuant to 18 U.S.C. § 3583(e)(2), to modify and reduce the period, terms, and conditions of supervised release heretofore ordered in the above captioned cause.  In support of the motion, Defendant would show the Court:

      1)    That judgment in criminal case 3:06-CR-369-0(1) was imposed on Dec. 20, 2007 and Defendant was sentenced to 70 months incarceration and lifetime supervision for violation of 18 U.S.C. § 2252A(a)(2), Receipt of Child Pornography Through Interstate and Foreign Commerce;

      2)    That at sentencing, the Court imposed both standard and special conditions of supervised release (See Exhibit A);

      3)    That as a direct result of Defendant Pearson's ongoing

cooperation and substantial assistance, the Government was able to achieve conviction in the related case of U.S. v. George, Case No. 3:07-CR-166-M(01) on May 20, 2008;

4)    In that case, despite the substantial assistance provided by Pearson, Defendant George received a lower 66 month incarceration and only 3 years supervised release for violation of 18 U.S.C. § 2252A(a)(2) and 2 Receipt of Child Pornography and Aiding and Abetting (See Exhibit B);

5)    That the special conditions of supervision imposed on Defendant Pearson were demonstrably more severe and factually inappropriate, resulting in an unwarranted sentence disparity between similarly situated defendants guilty of the same crime in the same jurisdiction;

6)    That Defendant Pearson respectfully moves the Court to reduce by deletion or modify standard conditions 1, 9, 12, and 13 as discussed in the accompanying Memorandum of Law;

7)    That Defendant Pearson respectfully moves the Court reduce by deletion or modify special conditions 1, 2, 3, 5, 8, and 9 as discussed in the accompanying Memorandum of Law;

8)    That this motion is made in good faith in order to obtain the Court's learned guidance as to the defendant's future conduct obligations and restraints.


Wherefore, Defendant Ronald C. Pearson requests that the Court exercise its discretion and issue appropriate orders in

modification of the period, terms, and conditions of the

Defendant's supervised release order.

Respectfully Submitted,

Ronald C. Pearson
Reg. No. 36037-177
Federal Correctional Inst.
P.O. Box 9000
Seagoville, TX 75159-9000

## Certificate (Proof) of Service

I certify that on the _3rd_ day of _September_ , 2009
I placed the original and suitable copies of Movant's "Verified
Motion and Request for Modification of Terms of Supervised Release"
in the prison mailbox, first class postage prepaid, and addressed
to:


one (1) original and two (2) copies to:

      Clerk, US District Court
      Northern District of Texas
      Earl Cabell Federal Building
      1100 Commerce Street
      Dallas, Texas 75242

AND

one (1) copy to:

      US Attorney's Office
      Earl Cabell Federal Building
      1100 Commerce Street
      Dallas, Texas 75242


                                        Ronald C. Pearson

Ronald C. Pearson
Reg. No. 36037-177
Federal Correctional Inst.
P.O. Box 9000
Seagoville, Texas 75159-9000

first class



Clerk, US District Court
Northern District of Texas
Earl Cabell Federal Building
1100 Commerce Street
Dallas, Texas 75242

RECEIVED

SEP -9 2009

75242



UNITED STATES
POSTAL SERVICE

1000

75242

U.S. POSTAGE
PAID
SEAGOVILLE TX
75159
SEP 04, 09
AMOUNT
$0.00
00061144-05

7006 0100 0001 6321 1055

