**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **UNITED STATES,** ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:06-CR-0369-O |
| **RONALD C. PEARSON,** ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant's Verified Motion for Return of Personal Property (Doc. # 62), Motion Requesting Modification of Terms of Supervised Release (Doc. # 63), and Memorandum in Support (Doc. # 64).

After reviewing Defendant's motion to alter his terms of supervised release, the Court finds the arguments made in the motion are premature as Defendant remains incarcerated. Therefore, his Motion Requesting Modification of Terms of Supervised Release (Doc. # 63) is DENIED.

The Government is ORDERED to respond to Defendant's Verified Motion for Return of Personal Property (Doc. # 62) by 5:00 p.m. on September 18, 2009.

The Clerk is directed to provide notice of this order to lead counsel for the United States.

Signed this **11th** day of **September, 2009**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**