**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **UNITED STATES,** ) | |
|     **Plaintiff,** ) | |
| **vs.** ) | **No. 3:06-CR-0369-O** |
| **RONALD C. PEARSON,** ) | |
|     **Defendant.** ) | |

## ORDER

    Pending before the Court are Defendant's Verified Motion for Return of Personal Property (Doc. # 62) and the Government's Response to Defendant's Motion for Return of Personal Property (Doc. # 67). For the reasons stated in the Government's Response, Defendant's Verified Motion for Return of Personal Property is DENIED. To the extent Defendant has not forfeited his property, his motion is premature pending the resolution of his appeal.

    Signed this 24th day of September, 2009.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**