ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 23 2009
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

RONALD C. PEARSON,  )
    Petitioner,     )
                    )
                    )
v.                  ) Case No. 3:06-CR-369-R
                    )
                    )
UNITED STATES OF AMERICA, )
    Respondent,     )
                    )

## Clarifying Motion with Respect to Defendant's Claim as to Personal Property

Comes now defendant, Ronald C. Pearson, and clarifies his prior request for return of personal property as follows:

1.) First, defendant is aware of the immense burden upon the Court to consider claims arising from criminal cases;

2.) That defendant originally filed his claim for return of personal property with out remembrance of waiver he signed relinquishing his right to seized objects;

3.) That, in retrospect, defendant believes that at the time, he in all probability, consented to the relenquish of control of the physical objects that were part of and used in his offense conduct; i.e. computer, hard drive, printer, polaroid camera, etc.

4.) To the defendant's best recollection, he did not intend to waive property rights to documents of identification and financial accounts such as bills, business correspondence, social security card, drivers license, passports, address book, etc.

WHEREFORE, defendant by way of clarification seeks an order from the Court ordering the Government to return to defendant all documents relating to finance and indentification only, and for all other just and proper relief in the primeses.

Respectfully submitted,

*Ronald C. Pearson*
Ronald C. Pearson
Reg. No. 36037-177
F.C.I. Seagoville
P.O. Box 9000
Seagoville, TX  75159-9000

## CERTIFICATE (PROOF) OF SERVICE

I certify that on the 21st day of October, 2009 I placed the original and suitable copies of Petitioner's "Clarifying Motion with Respect to Defendant's Claim as to Personal Property" in the prison mailbox, first class postage prepaid, and addressed to:

One (1) original and two (2) copies to:

"Clerk of the Court
Northern District of Texas
1100 Commerce Street
Dallas, TX  75242"

<u>AND</u>

One (1) copy to:

"U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street
Dallas, TX  75242"

*Ronald C. Pearson* (signature)
Ronald C. Pearson
Reg. No. 36037-177
F.C.I. Seagoville
P.O. Box 9000
Seagoville, TX  75159-9000





Ronald C. Pearson
Reg. No. 36037-177
F.C.I. Seagoville
P.O. Box 9000
Seagoville, TX  75159-9000

X-RAY

75242

Clerk of the Court
Northern District of Texas
1100 Commerce Street
Dallas, TX  75242