**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 19, 2010

Lyle W. Cayce
Clerk

No. 09-10518
Summary Calendar

D.C. Docket No. 3:06-CR-369-1

UNITED STATES OF AMERICA,

     Plaintiff - Appellee

v.

RONALD C. PEARSON,

     Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before KING, STEWART, and HAYNES, Circuit Judges.

**J U D G M E N T**

     This cause was considered on the record on appeal and the briefs on file.

     It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE:   1 1 MAY 2010

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
                 Deputy

New Orleans, Louisiana   1 1 MAY 2010

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 11, 2010

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242



RECEIVED
BY _____
**MAY 1 3 2010**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

No. 09-10518, USA v. Ronald Pearson
USDC No. 3:06-CR-369-1

Enclosed, for the Northern District of Texas, Dallas only, is a copy of the judgment issued as the mandate.

Enclosed, for the Northern District of Texas, Dallas only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 2 ) Sealed Envelopes

The electronic copy of the record has been recycled.

(2) Sealed Envelopes
  1-"Sealed Docs"
  1- "PSR

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

cc: (letter only)
    Mr. Marc Woodson Barta
    Honorable Reed O'Connor
    Mr. Ronald C. Pearson

P.S. to Judge O'Connor:  A copy of the opinion was sent to your office via email the day it was filed.

*MDT-1*