ORIGINAL

August 5, 2011

Dear Clerk,

Please be advised that I have decided, albeit reluctantly, not to proceed with my appeal to the 5th Circuit — No. 11-10708 (USDC No. 3:06-CR-369-1).

Respectfully Submitted,

Ronald C. Pearson
#36037-177
F C I
P.O. Box 9000
Seagoville, TX
75159-9000

P.S. Please forward this on to Mr. Paul Yanowitch.

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 11 2011
CLERK, U.S. DISTRICT COURT
By _____ Deputy**

Ronald A. Pearson
#36037-177
FCI
P.O. Box 9000
Seagoville, TX
75159-9000

AUG 11 2011

Court Clerk
Earle Cabell Federal Bldg.
1100 Commerce ST.
Dallas, TX
75242

