*COPY FOR Judge O'Connor*

Mr. Paul Yanowitch
Assistant U.S. Attorney
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242



Dear Mr. Yanowitch,

    I just received in the mail an Order from U.S. District Judge Reed O'Connor requesting input from your office regarding my Verified Motion for Modification of Special Terms of Supervised Release.

    As you are already aware of my completely discipline-free record here at F.C.I Seagoville and of my active participation in many classes, including 'Victim Impact' and the full year of Sex Offender Management Program (SOMP), I can only hope that at this time a favorable response might be considered.

    I want you to know that I am definitely not the same person that you knew and observed in late 2007. The time spent in SOMP and through private reflections of my own, I have changed and progressed for the better. Certainly, I fully intend to eliminate my isolative behavior and associate more with family and friends, as I had originally done before the death of both of my parents. Being alone and with too much time on one's hands can be detrimental and this can lead, as it did me, to unintended consequences, such as inappropriate use of a computer, or, to be more specific, the viewing of child pornography. These children are victims in every sense of the work and any viewing of such illegal images perpetuates their

victimization.

I have also learned a valuable lesson of selecting "friends" as in the case of my co-defendant and to also be ever so vigilant in admitting certain individuals into my home.  Indeed, I paid dearly for this lapse in judgment and it will never happen again.

When I do return home, making some kind of a living is a must and I do earnestly hope to be allowed to access a computer so I can continue to buy and sell historic, pre-1900, Western Americana—books, documents, photography, etc.—through such sites as EBay.

If possible, I also offer my sincere desire to help in any way I can, through proper authorities, to stop any and all forms of child abuse as it currently exists throughout our communities, and I would greatly appreciate a consultation with you on this important matter soon after I arrive back at my home...possibly in July.

Sincerely,

*Ronald C. Pearson*
Ronald C. Pearson
Register No. 36037-177
F.C.I.
P.O. Box 9000
Seagoville, Texas   75159-9000

cc: Judge Reed O'Connor

Ronald C. Pearson
# 36037-177
FCI
P.O. Box 9000
Seagoville, TX
75159-9000

NORTH TEXAS TXXX
14 JUN 2012 PM 11

Hon. Reed O'Connor
Federal Judge — Northern District of Texas
1100 Commerce Street
Dallas, TX 75242

75242079999